[No. 4343.]

CURRIER v. JOHNSON ET AL.

**Opinion Followed.**

This cause is remanded to the court of appeals for the same reasons as stated in Currier v. Clark, ante 153.

*Appeal from the County Court of Weld County.*

*Transferred from Court of Appeals.*

Mr. C. D. TODD, for appellant.

Messrs. ESTEB & WOLFF and Mr. H. N. HAYNES, for appellees.

*Per Curiam.*—The judgment here sought to be reviewed was rendered by the county court of Weld county, and is in the sum of $500. The case is on all fours with, and was transferred here in the same way as was, the case of *Currier v. Clark, ante,* p. 153. The decision there governs here. Having no jurisdiction of the cause, it is remanded to the court of appeals.

*Remanded.*